UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | 2650 NORTH HALSTED LLC | § § § | Case No. 10-33795 |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/10/2013 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/14/2012            By:    /s/Eugene Crane
                                          Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: 2650 NORTH HALSTED LLC § Case No. 10-33795
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $    1,217,582.05

*and approved disbursements of*    $    1,217,582.05

*leaving a balance on hand of* [1]    $    0.00

**Balance on hand:**    $    0.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Wheaton Bank & Trust Company | 1,317,291.53 | 1,317,291.53 | 985,777.03 | 0.00 |

*See below

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    0.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 37,022.60 | 37,022.60 | 0.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 27,685.50 | 27,685.50 | 0.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 291.90 | 291.90 | 0.00 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 805.00 | 805.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $    0.00
Remaining balance:    $    0.00

*Claims and administrative expenses paid per Court Order dated 04/12/2012

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Fees: United States Trustee | 650.00 | 650.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 700.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | A&M Service - Alan D Weininqer | 700.00 | 700.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Paid per Court Order entered 02/14/2012   Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:  $   0.00

Prepared By: /s/EUGENE CRANE
                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                             Case No. 10-33795-JPC
2650 North Halsted LLC                                             Chapter 7
      Debtor             CERTIFICATE OF NOTICE

District/off: 0752-1           User: adragonet           Page 1 of 3           Date Rcvd: Dec 17, 2012
                               Form ID: pdf006           Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2012.
db          +2650 North Halsted LLC,    4202 N Aeboles,    Meza, AZ 85207-7267
17307953    +A&M Service - Alan D Weininger,    A&M Service Co., Inc.,    650 S. Mt Prospect Rd.,
              Des Plaines, IL 60016-2841
15962309    +Aaron Spivack,    811 W. Superior,    1st Floor,    Chicago, IL 60642-4265
15962310    +Andy Piwowarczyk,    2823 Washington Avenue,    Franklin Park, IL 60131-2920
15998030    +Burke and White,    5100 Main Street,    Downers Grove, IL 60515-4671
15997686    +Doug Lydon,    2650 N Halsted,    Chicago, IL 60614-7392
15997685    +H&R Block,    2650 N Halsted,    Chicago, IL 60614-7393
15962313   ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:    Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
              100 W. Randolph St.,    Chicago, IL 60601)
15998028    +Illinois Dept of Employment Security,    33 S State Street,    Chicago, IL 60603-2808
15998027     Illinois Dept of Revenue,    101 W Jackson Street,    Springfield, IL 62702
15998029    +Illinois Revenue Service,    Mail Stop 5010 CHI,    230 S Dearborn Street,   Chicago, IL 60604-1505
15997690    +Joeseph Zivkovic,    2733 N Power Rd Ste 102,    PMB 499,    Mesa, AZ 85215-1683
15962315    +John Munson,    9336 S. Jeffery Blvd.,    Chicago, IL 60617-3758
15962316    +Joseph Zivkovic,    4202 North Arboles,    Mesa, AZ 85207-7267
15997688    +Katie Pine,    2650 N Halsted,    Chicago, IL 60614-7392
16685788    +Office of U.S. Trustees Office,    219 South Dearborn St,    Room 873,   Chicago,  IL 60604-2027
15962317     Roger Feldman & Associates,    611 N. Wells,    Chicago, IL 60610
17313104    +Wheaton Bank & Trust Company,    c/o William S. Hackney,    SmithAmundsen LLC,
              150 North Michigan Ave., Suite 3300,    Chicago, Illinois 60601-6004
15962318    +Wheaton Bank and Trust,    211 S. Wheaton Avenue,    Wheaton, IL 60187-5256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15962312    +E-mail/Text: lbankruptcy@cookcountytreasurer.com Dec 18 2012 04:27:10     Cook County Collector,
              118 N. Clark St., Suite 112,    Chicago, IL 60602-1332
15998012     E-mail/Text: cio.bncmail@irs.gov Dec 18 2012 02:16:24
              Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
              PO Box 21126,    Philadelphia PA 19114
15962314     E-mail/Text: cio.bncmail@irs.gov Dec 18 2012 02:16:25      Internal Revenue Service,
              Kansas City, MO 64999
16685781    +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 18 2012 02:55:22      Office of the U.S. Trustee,
              219 South Dearborn Street,    Room 873,   Chicago,  IL 60604-2027
16685802    +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 18 2012 02:55:22      Office of the U.S. Trustee,
              219 South Dearborn Street,    Room 873,   Chicaago, IL 60604-2027
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16143039*   +Aaron Spivack,    811 W. Superior,    1st Floor,    Chicago, IL 60642-4265
16143040*   +Andy Piwowarczyk,    2823 Washington Avenue,    Franklin Park, IL 60131-2920
16143041*   +Burke and White,    c/o Karen White,    5330 Main Street, Ste. 200,   Downers Grove, IL 60515-4845
16143042*   +Cook County Collector,    118 N. Clark St., Suite 112,    Chicago, IL 60602-1332
16143043*  ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:    Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
              100 W. Randolph St.,    Chicago, IL 60601)
15998026*  ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:    Illinois Dept of Revenue,    100 W Randolph Street,
              Chicago, IL 60601)
16143044*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court:    Internal Revenue Service,    Kansas City, MO 64999)
16143045*   +John Munson,    9336 S. Jeffery Blvd.,    Chicago, IL 60617-3758
16143046*   +Joseph Zivkovic,    4202 North Arboles,    Mesa, AZ 85207-7267
16143047*    Roger Feldman & Associates,    611 N. Wells,    Chicago, IL 60610
15997691*   +Wheaton Bank & Trust Company,    211 S Wheaton Ave.,    Wheaton, IL 60187-5256
16143048*   +Wheaton Bank and Trust,    211 S. Wheaton Avenue,    Wheaton, IL 60187-5256
15962311   ##+Burke and White,    c/o Karen White,    5330 Main Street, Ste. 200,   Downers Grove, IL 60515-4845
15997687   ##+Paul Georgandellis,    David Poupard,    2650 N Halsted,   Chicago, IL 60614-7392
                                                                                 TOTALS: 0, * 12, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: adragonet           Page 2 of 3            Date Rcvd: Dec 17, 2012
                              Form ID: pdf006           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet              Page 3 of 3                   Date Rcvd: Dec 17, 2012
                              Form ID: pdf006              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2012 at the address(es) listed below:
              Aaron   Spivack    on behalf of Debtor    2650 North Halsted LLC law@aspivack.com
              Aaron   Spivack    on behalf of Attorney Aaron   Spivack law@aspivack.com
              Eugene   Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene   Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Jeffrey C Dan    on behalf of Trustee Eugene   Crane jdan@craneheyman.com,
               gbalderas@craneheyman.com;dwelch@craneheyman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William S Hackney, III    on behalf of Creditor    Wheaton Bank & Trust Company
               whackney@salawus.com,  jadams@salawus.com
                                                                                             TOTAL: 7