# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: 2650 NORTH HALSTED LLC | §    Case No. 10-33795 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$0.00_____    Assets Exempt:  _N/A_____
*(without deducting any secured claims)*

Total Distribution to Claimants: $994,726.30_____    Claims Discharged
Without Payment: _N/A_____

Total Expenses of Administration: $222,855.75_____

3) Total gross receipts of $    1,217,582.05    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2** ), yielded net receipts of  $1,217,582.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,317,291.53 | $1,325,540.80 | $1,325,540.80 | $994,026.30 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 244,960.61 | 222,205.75 | 222,205.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 650.00 | 650.00 | 650.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 10,917.53 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,244.60 | 700.00 | 700.00 |
| **TOTAL DISBURSEMENTS** | $1,328,209.06 | $1,572,396.01 | $1,549,096.55 | $1,217,582.05 |

4) This case was originally filed under Chapter 7 on July 29, 2010. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2013_____   By: /s/EUGENE CRANE_____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2650 N. Halsted Avenue, Chicago, IL | 1110-000 | 1,067,500.00 |
| Receiver Amount | 1129-000 | 92,041.96 |
| Rents from Tenants | 1222-000 | 58,017.60 |
| Interest Income | 1270-000 | 22.49 |
| **TOTAL GROSS RECEIPTS** | | $1,217,582.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Wheaton Bank & Trust Company | 4110-000 | 1,317,291.53 | 1,317,291.53 | 1,317,291.53 | 985,777.03 |
| NOTFILED | Cook County Collector | 4700-000 | unknown | N/A | N/A | 0.00 |
| | Chicago Title and Trust Company | 4120-000 | N/A | 8,249.27 | 8,249.27 | 8,249.27 |
| **TOTAL SECURED CLAIMS** | | | $1,317,291.53 | $1,325,540.80 | $1,325,540.80 | $994,026.30 |

**UST Form 101-7-TDR (10/1/2010)**

<u>**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**</u>

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 59,777.46 | 37,022.60 | 37,022.60 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 27,685.50 | 27,685.50 | 27,685.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 291.90 | 291.90 | 291.90 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 805.00 | 805.00 | 805.00 |
| The Bank of New York Mellon | 2810-000 | N/A | 0.23 | 0.23 | 0.23 |
| Wernick Key & Lock Service | 2420-000 | N/A | 705.25 | 705.25 | 705.25 |
| Wernick Key & Lock Service | 2420-000 | N/A | 705.25 | 705.25 | 705.25 |
| ComEd | 2420-000 | N/A | 34.51 | 34.51 | 34.51 |
| Cook County Treasurer | 2820-000 | N/A | 10,890.48 | 10,890.48 | 10,890.48 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Waveland Partners LLC | 2690-460 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Waveland Partners LLC | 2690-470 | N/A | 1,148.75 | 1,148.75 | 1,148.75 |
| Waveland Partners LLC | 2690-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 29.81 | 29.81 | 29.81 |
| The Bank of New York Mellon | 2810-000 | N/A | -0.23 | -0.23 | -0.23 |
| Jones & Cleary Roofing Co., Inc. | 2420-000 | N/A | 950.00 | 950.00 | 950.00 |
| Waveland Partners LLC | 2420-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 29.16 | 29.16 | 29.16 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 905.04 | 905.04 | 905.04 |
| Chicago's Real Estate Agency | 3510-000 | N/A | 1,975.00 | 1,975.00 | 1,975.00 |
| Chicago's Real Estate Agency | 3510-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Chicago's Real Estate Agency | 2420-000 | N/A | 8.17 | 8.17 | 8.17 |
| W.R. Construction | 2420-000 | N/A | 200.00 | 200.00 | 200.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 286.68 | 286.68 | 286.68 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Wernick Key & Lock Service | 2420-000 | N/A | 128.45 | 128.45 | 128.45 |
| W.R. Construction | 2420-000 | N/A | 972.50 | 972.50 | 972.50 |
| ComEd | 2420-000 | N/A | 38.64 | 38.64 | 38.64 |
| JMB Insurance | 2420-750 | N/A | 5,183.00 | 5,183.00 | 5,183.00 |
| JMB Insurance | 2420-750 | N/A | 463.50 | 463.50 | 463.50 |

| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 67.94 | 67.94 | 67.94 |
| Deadline Express | 2990-000 | N/A | 15.00 | 15.00 | 15.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 2.05 | 2.05 | 2.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 127.11 | 127.11 | 127.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 2.14 | 2.14 | 2.14 |
| Waveland Partners | 2690-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Waveland Partners | 2690-470 | N/A | 3.45 | 3.45 | 3.45 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 713.77 | 713.77 | 713.77 |
| ComEd | 2420-000 | N/A | 50.37 | 50.37 | 50.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 187.43 | 187.43 | 187.43 |
| Waveland Partners | 2690-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 350.00 | 350.00 | 350.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 400.00 | 400.00 | 400.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 350.00 | 350.00 | 350.00 |
| Wernick Key & Lock Service | 2420-000 | N/A | 150.00 | 150.00 | 150.00 |
| ComEd | 2420-000 | N/A | 45.67 | 45.67 | 45.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 178.22 | 178.22 | 178.22 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 42.83 | 42.83 | 42.83 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 452.26 | 452.26 | 452.26 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 246.69 | 246.69 | 246.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 174.25 | 174.25 | 174.25 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 350.00 | 350.00 | 350.00 |
| Wernick Key & Lock Service | 2420-000 | N/A | 135.00 | 135.00 | 135.00 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 825.00 | 825.00 | 825.00 |
| Wernick Key & Lock Service | 2420-000 | N/A | 171.28 | 171.28 | 171.28 |
| ComEd | 2420-000 | N/A | 43.78 | 43.78 | 43.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 195.24 | 195.24 | 195.24 |
| City of Chicago Department of Revenue | 2500-000 | N/A | 90.00 | 90.00 | 90.00 |
| City of Chicago | 2500-000 | N/A | 1,777.97 | 1,777.97 | 1,777.97 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 47.82 | 47.82 | 47.82 |

**UST Form 101-7-TDR (10/1/2010)**

| Peoples Gas | 2420-000 | N/A | 82.00 | 82.00 | 82.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 1,575.80 | 1,575.80 | 1,575.80 |
| Chicago Title and Trust Company | 2500-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 3,190.00 | 3,190.00 | 3,190.00 |
| Chicago Title and Trust Company | 2820-000 | N/A | 4,803.75 | 4,803.75 | 4,803.75 |
| Chicago Title and Trust Company | 3510-000 | N/A | 52,375.00 | 52,375.00 | 52,375.00 |
| Chicago Title and Trust Company | 3992-630 | N/A | 610.00 | 610.00 | 610.00 |
| Chicago Title and Trust Company | 2820-000 | N/A | 21,517.73 | 21,517.73 | 21,517.73 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 350.00 | 350.00 | 350.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 260.00 | 260.00 | 260.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 189.00 | 189.00 | 189.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 707.81 | 707.81 | 707.81 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 358.50 | 358.50 | 358.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 252.26 | 252.26 | 252.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| ComEd | 2420-000 | N/A | 18.80 | 18.80 | 18.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 2,314.50 | 2,314.50 | 2,314.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 860.94 | 860.94 | 860.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.81 | 47.81 | 47.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 2,044.63 | 2,044.63 | 2,044.63 |
| Harala XIV-Halsted, LLC | 2500-000 | N/A | 0.67 | 0.67 | 0.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 722.77 | 722.77 | 722.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,434.32 | 1,434.32 | 1,434.32 |
| JMB Insurance | 2420-000 | N/A | -1,490.00 | -1,490.00 | -1,490.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$244,960.61** | **$222,205.75** | **$222,205.75** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Trustee | 6101-000 | N/A | 650.00 | 650.00 | 650.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$650.00** | **$650.00** | **$650.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Paul Georgandellis/David Poupard | 5600-000 | 2,175.00 | N/A | N/A | 0.00 |
| NOTFILED | Katie Pine | 5600-000 | 2,300.00 | N/A | N/A | 0.00 |
| NOTFILED | H&R Block | 5600-000 | 4,142.53 | N/A | N/A | 0.00 |
| NOTFILED | Doug Lydon | 5600-000 | 2,300.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $10,917.53 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | A&M Service - Alan D Weininger | 7100-000 | N/A | 1,244.60 | 700.00 | 700.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,244.60 | $700.00 | $700.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-33795 | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** 2650 NORTH HALSTED LLC | **Filed (f) or Converted (c):** 12/07/10 (c) |
| | **§341(a) Meeting Date:** 01/18/11 |
| **Period Ending:** 03/20/13 | **Claims Bar Date:** 05/23/11 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2650 N. Halsted Avenue, Chicago, IL | 1,500,000.00 | 182,708.47 | | 1,067,500.00 | FA |
| 2 | Receiver Amount | Unknown | Unknown | | 92,041.96 | FA |
| 3 | Rents from Tenants  (u) | Unknown | N/A | | 58,017.60 | FA |
| 4 | Security Deposits Refunded to Tenants  (u) | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 22.49 | FA |
| 5 | **Assets  Totals** (Excluding unknown values) | **$1,500,000.00** | **$182,708.47** | | **$1,217,582.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/11: Sale of building held 12/28/11.  Will check claims and then close case.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012          **Current Projected Date Of Final Report (TFR):**    November 20, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-33795 | |
| **Case Name:** | 2650 NORTH HALSTED LLC | |
| | | |
| **Taxpayer ID #:** | **-***4920 | |
| **Period Ending:** | 03/20/13 | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****81-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/11 | {2} | Anchor Realty Group | Liquidation of prior receiver's bank account | 1129-000 | 92,041.96 | | 92,041.96 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.83 | | 92,042.79 |
| 02/28/11 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.23 | 92,042.56 |
| 03/02/11 | {3} | H&R Block | Rent for H&R Block at 2650 N. Halsted | 1222-000 | 4,266.80 | | 96,309.36 |
| 03/07/11 | {3} | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 3,500.00 | 92,809.36 |
| 03/15/11 | {3} | David M. Poupard | Rent for Unit 3 | 1222-000 | 950.00 | | 93,759.36 |
| 03/15/11 | {3} | Paul Georgandellis | Rent for Unit 3 | 1222-000 | 1,125.00 | | 94,884.36 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.38 | | 94,886.74 |
| 03/31/11 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 11,000.00 | 83,886.74 |
| 03/31/11 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 5,000.00 | 78,886.74 |
| 04/04/11 | {3} | H&R Block | April rent for H&R Block | 1222-000 | 4,266.80 | | 83,153.54 |
| 04/07/11 | {3} | David Poupard | April Rent for unit 3 | 1222-000 | 950.00 | | 84,103.54 |
| 04/07/11 | {3} | Paul Georgandellis | April Rent for unit 3 | 1222-000 | 1,125.00 | | 85,228.54 |
| 04/20/11 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 2,500.00 | 82,728.54 |
| 04/25/11 | {3} | Javier Morales | April Rent for Unit 2 2650 N. Halsted | 1222-000 | 2,000.00 | | 84,728.54 |
| 04/28/11 | 1001 | ComEd | Electricity service 03-18-2011 to 04-14-2011<br>Account no. 0743130065 | 2420-000 | | 29.81 | 84,698.73 |
| 04/29/11 | {3} | Mark Kirchner | May rent for 2650 N. Halsted Unit 4 | 1222-000 | 1,900.00 | | 86,598.73 |
| 04/29/11 | {3} | Jason Warren | May ($75.00) and June rent 2650 N. Halsted<br>#4 | 1222-000 | 2,050.00 | | 88,648.73 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.06 | | 88,650.79 |
| 05/03/11 | | The Bank of New York Mellon | Reversal of BUWH 02/28/2011 | 2810-000 | | -0.23 | 88,651.02 |
| 05/10/11 | {3} | Javier Morales | May rent for 2650 N. Halsted Unit 2 | 1222-000 | 99.00 | | 88,750.02 |
| 05/10/11 | {3} | David Poupard | May rent for 2650 N.Halsted Unit 3 | 1222-000 | 912.50 | | 89,662.52 |
| 05/10/11 | {3} | Paul Georgandellis | May Rent for 2650 N. Halsted, unit 3 | 1222-000 | 1,087.50 | | 90,750.02 |
| 05/17/11 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 2,500.00 | 88,250.02 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.25 | | 88,252.27 |
| 05/31/11 | | To Account #9200******8166 | Transfer funds to Checking Account | 9999-000 | | 2,000.00 | 86,252.27 |
| 06/08/11 | {3} | David Poupard | June rent for 2650 N.Halsted Unit 3 | 1222-000 | 912.50 | | 87,164.77 |
| 06/08/11 | {3} | Paul Georgandellis | June Rent for 2650 N. Halsted, Unit 3 | 1222-000 | 1,087.50 | | 88,252.27 |
| 06/08/11 | {3} | Javier Morales | June rent for 2650 N. Halsted Unit 2 | 1222-000 | 1,600.00 | | 89,852.27 |
| 06/09/11 | | To Account #9200******8166 | Transfer Funds to Checking Account | 9999-000 | | 2,550.00 | 87,302.27 |
| 06/15/11 | | To Account #9200******8166 | Transfer Funds to Checking | 9999-000 | | 2,500.00 | 84,802.27 |
| 06/23/11 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 1,500.00 | 83,302.27 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.70 | | 83,302.97 |
| 07/05/11 | {3} | Mark T. Kirchner | July rent for 2650 N. Halsted Unit 4 | 1222-000 | 687.50 | | 83,990.47 |
| 07/07/11 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 6,000.00 | 77,990.47 |

| | | | Subtotals: | | $117,070.28 | $39,079.81 | |

{} Asset reference(s)

Printed: 03/20/2013 12:29 PM      V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-33795 | |
| **Case Name:** | 2650 NORTH HALSTED LLC | |
| **Taxpayer ID #:** | **-***4920 | |
| **Period Ending:** | 03/20/13 | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******81-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/12/11 | {3} | Jason D. Warren | July Rent for Unit 4 | 1222-000 | 687.50 | | 78,677.97 |
| 07/12/11 | {3} | David Poupard | July rent for 2650 N.Halsted Unit 3 | 1222-000 | 912.50 | | 79,590.47 |
| 07/12/11 | {3} | Paul Georgandellis | July Rent for 2650 N. Halsted, Unit 3 | 1222-000 | 1,087.50 | | 80,677.97 |
| 07/12/11 | {3} | Javier Morales | Juily rent for Unit #2 | 1222-000 | 2,000.00 | | 82,677.97 |
| 07/19/11 | | To Account #9200******8166 | Transfer Funds to Checking Account | 9999-000 | | 2,500.00 | 80,177.97 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.68 | | 80,178.65 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 127.11 | 80,051.54 |
| 08/04/11 | {3} | Jason D. Warren | August Rent for Unit 4 2650 N. Halsted | 1222-000 | 987.50 | | 81,039.04 |
| 08/04/11 | {3} | Mark T. Kirchner | August rent for 2650 N. Halsted Unit 4 | 1222-000 | 987.50 | | 82,026.54 |
| 08/04/11 | {3} | Paul Georgandellis | August Rent for 2650 N. Halsted, Unit 3 | 1222-000 | 1,087.50 | | 83,114.04 |
| 08/04/11 | {3} | Javier Morales | August rent for Unit #2 2650 N. Halsted | 1222-000 | 2,000.00 | | 85,114.04 |
| 08/15/11 | 1002 | Waveland Partners | Management Company monthly fee period of July 15, 2011 to August 15, 2011 | 2690-460 | | 2,500.00 | 82,614.04 |
| 08/15/11 | 1003 | Waveland Partners | Management Company expenses period of July 15, 2011 to August 15, 2011 | 2690-470 | | 3.45 | 82,610.59 |
| 08/22/11 | {3} | David Poupard | August rent for 2650 N.Halsted Unit 3 | 1222-000 | 912.50 | | 83,523.09 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.70 | | 83,523.79 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 192.92 | 83,330.87 |
| 09/01/11 | {3} | Mark T. Kirchner | September rent for 2650 N. Halsted Unit 4 | 1222-000 | 987.50 | | 84,318.37 |
| 09/01/11 | {3} | Javier Morales | September rent for Unit #2 2650 N. Halsted | 1222-000 | 2,000.00 | | 86,318.37 |
| 09/09/11 | {3} | David Poupard | September rent for 2650 N.Halsted Unit 3 | 1222-000 | 912.50 | | 87,230.87 |
| 09/09/11 | {3} | Jason D. Warren | September Rent for Unit 4 2650 N. Halsted | 1222-000 | 987.50 | | 88,218.37 |
| 09/09/11 | {3} | Paul Georgandellis | September Rent for 2650 N. Halsted, Unit 3 | 1222-000 | 1,087.50 | | 89,305.87 |
| 09/15/11 | 1004 | Waveland Partners | Management Company monthly fee period of Aug. 15, 2011 to Sept. 15, 2011 2650 N. Halsted | 2690-460 | | 2,500.00 | 86,805.87 |
| 09/22/11 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 1,295.00 | 85,510.87 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.49 | 85,516.36 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.71 | | 85,517.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 178.22 | 85,338.85 |
| 10/10/11 | {3} | Jason D. Warren | October Rent for Unit 4 2650 N. Halsted | 1222-000 | 987.50 | | 86,326.35 |
| 10/10/11 | {3} | Mark T. Kirchner | October rent for 2650 N. Halsted Unit 4 | 1222-000 | 987.50 | | 87,313.85 |
| 10/10/11 | {3} | Javier Morales | October rent for Unit #2 2650 N. Halsted | 1222-000 | 2,000.00 | | 89,313.85 |
| 10/14/11 | {3} | Paul Georgandellis | October Rent for 2650 N. Halsted, Unit 3 | 1222-000 | 1,087.50 | | 90,401.35 |
| 10/21/11 | {3} | David Poupard | October rent for 2650 N.Halsted Unit 3 | 1222-000 | 912.50 | | 91,313.85 |
| 10/21/11 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 2,500.00 | 88,813.85 |

| | | | | Subtotals : | $22,614.59 | $11,791.21 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-33795 |
| Case Name: | 2650 NORTH HALSTED LLC |
| | |
| Taxpayer ID #: | **-***4920 |
| Period Ending: | 03/20/13 |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******81-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/11 | 1005 | Maria's Cleaning and Construction | Cleaning and supplies for 2650 N. Halsted, Invoice #1033 | 2420-000 | | 452.26 | 88,361.59 |
| 10/21/11 | 1006 | Maria's Cleaning and Construction | Maintenance for 2650 N. Halsted, Invoice #1034 | 2420-000 | | 246.69 | 88,114.90 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.74 | | 88,115.64 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.25 | 87,941.39 |
| 11/04/11 | {3} | Javier Morales | November rent for 2650 N. Halsted | 1222-000 | 2,000.00 | | 89,941.39 |
| 11/04/11 | {3} | Mark T. Kirchner | November rent for 2650 N. Halsted | 1222-000 | 987.50 | | 90,928.89 |
| 11/10/11 | {3} | Jason D. Warren | November Rent for Unit 4 2650 N. Halsted | 1222-000 | 987.50 | | 91,916.39 |
| 11/11/11 | | To Account #9200******8166 | Transfer money from money market | 9999-000 | | 200.00 | 91,716.39 |
| 11/11/11 | 1007 | Maria's Cleaning and Construction | Cleaning common area at 2650 N. Halsted Oct. 2011, Invoice #1036 | 2420-000 | | 350.00 | 91,366.39 |
| 11/16/11 | | To Account #9200******8166 | Transfer funds from money market | 9999-000 | | 3,500.00 | 87,866.39 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.73 | | 87,867.12 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 195.24 | 87,671.88 |
| 12/01/11 | {3} | Daniel Glotzbach | December rent for 2650 N. Halsted Unit 3 | 1222-000 | 1,975.00 | | 89,646.88 |
| 12/05/11 | {3} | Daniel Glotzbach | December rent for 2650 N. Halsted Unit 3 | 1222-000 | 230.00 | | 89,876.88 |
| 12/05/11 | {3} | Gregory Adams | December rent for 2650 N. Halsted Unit 3 | 1222-000 | 230.00 | | 90,106.88 |
| 12/05/11 | {3} | Mark T. Kirchner | December rent for 2650 N. Halsted Unit 4 | 1222-000 | 987.50 | | 91,094.38 |
| 12/05/11 | {3} | Javier Morales | December rent for Unit #2 2650 N. Halsted | 1222-000 | 2,000.00 | | 93,094.38 |
| 12/06/11 | {3} | Jason D. Warren | December Rent for Unit 4 2650 N. Halsted | 1222-000 | 987.50 | | 94,081.88 |
| 12/08/11 | | To Account #9200******8166 | Transfer funds to pay closing costs | 9999-000 | | 200.00 | 93,881.88 |
| 12/13/11 | 1008 | City of Chicago | Water Certification for 2650 N. Halsted Ave. Chicago  Water Account #724018-605657 | 2500-000 | | 1,777.97 | 92,103.91 |
| 12/16/11 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 3,500.00 | 88,603.91 |
| 12/28/11 | | Chicago Title and Trust Company | Proceeds from sale of 2650 N. Halsted, Chicago, IL | | 973,878.45 | | 1,062,482.36 |
| | {1} | | Gross Proceeds from           1,067,500.00 sale of 2650 N. Halsted | 1110-000 | | | 1,062,482.36 |
| | | | Rent prorations                     -1,575.80 | 2500-000 | | | 1,062,482.36 |
| | | | Closing costs to Title Co.      -1,300.00 | 2500-000 | | | 1,062,482.36 |
| | | | Title Insurance and endorsements                    -3,190.00 | 2500-000 | | | 1,062,482.36 |
| | | | Transfer stamp taxes          -4,803.75 | 2820-000 | | | 1,062,482.36 |
| | | | Broker commission              -52,375.00 | 3510-000 | | | 1,062,482.36 |
| | | | Survey Fees                            -610.00 | 3992-630 | | | 1,062,482.36 |

| | | |
|---|---|---|
| Subtotals : | $984,264.92 | $10,596.41 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 10-33795 | | | Trustee: | EUGENE CRANE (330350) | |
| Case Name: | 2650 NORTH HALSTED LLC | | | Bank Name: | The Bank of New York Mellon | |
| | | | | Account: | 9200-******81-65 - Checking Account | |
| Taxpayer ID #: | **-***4920 | | | Blanket Bond: | $5,000,000.00 (per case limit) | |
| Period Ending: | 03/20/13 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Payoff of City of Chicago -8,249.27<br>Judgment | 4120-000 | | | 1,062,482.36 |
| | | | Tax prorations -21,517.73<br>01/01/2011 - 12/28/2011 | 2820-000 | | | 1,062,482.36 |
| 12/29/11 | | To Account #9200******8166 | Transfer Funds to Checking to pay bills | 9999-000 | | 3,365.00 | 1,059,117.36 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.55 | | 1,059,118.91 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 252.26 | 1,058,866.65 |
| 01/05/12 | | To Account #9200******8166 | Transfer funds to pay remaining vendor bills | 9999-000 | | 200.00 | 1,058,666.65 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.97 | | 1,058,675.62 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,314.50 | 1,056,361.12 |
| 02/28/12 | | To Account #9200******8166 | Transfer funds to checking account | 9999-000 | | 1,000.00 | 1,055,361.12 |
| 02/28/12 | | To Account #9200******8169 | Transfer Funds | 9999-000 | | 700,000.00 | 355,361.12 |
| 02/28/12 | 1009 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2011 FOR CASE<br>#10-33795, Blanket Bond Premium; Bond<br>#016026455 | 2300-000 | | 860.94 | 354,500.18 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,044.63 | 352,455.55 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 722.77 | 351,732.78 |
| 04/12/12 | | From Account #9200******8169 | Transfer funds to close case | 9999-000 | 698,518.03 | | 1,050,250.81 |
| 04/12/12 | | From Account #9200******8166 | Transfer funds to close case | 9999-000 | 491.22 | | 1,050,742.03 |
| 04/12/12 | 1010 | EUGENE CRANE | Dividend paid 100.00% on $37,022.60,<br>Trustee Compensation; Reference: | 2100-000 | | 37,022.60 | 1,013,719.43 |
| 04/12/12 | 1011 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $805.00,<br>Accountant for Trustee Fees (Other Firm);<br>Reference: | 3410-000 | | 805.00 | 1,012,914.43 |
| 04/12/12 | 1012 | Crane, Heyman, Simon, Welch &<br>Clar | Dividend paid 100.00% on $27,685.50,<br>Attorney for Trustee Fees (Trustee Firm);<br>506(c) fees | 3110-000 | | 27,685.50 | 985,228.93 |
| 04/12/12 | 1013 | Crane, Heyman, Simon, Welch &<br>Clar | Dividend paid 100.00% on $291.90, Attorney<br>for Trustee Expenses (Trustee Firm);<br>Reference: 506(c) fees | 3120-000 | | 291.90 | 984,937.03 |
| 04/12/12 | 1014 | United States Trustee | Dividend paid 100.00% on $650.00, Trustee<br>Compensation (Chapter 11); Quarterly fees | 6101-000 | | 650.00 | 984,287.03 |
| 04/12/12 | 1015 | Wheaton Bank & Trust Company | Dividend paid 74.72% on $1,317,291.53;<br>Claim# 3; Filed: $1,317,291.53; Reference: | 4110-000 | | 984,287.03 | 0.00 |

Subtotals :   $699,019.77   $1,761,502.13

{} Asset reference(s)

Printed: 03/20/2013 12:29 PM   V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-33795 | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | 2650 NORTH HALSTED LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******81-65 - Checking Account |
| Taxpayer ID #: | **-***4920 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/20/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,822,969.56 | 1,822,969.56 | $0.00 |
| | | | Less: Bank Transfers | | 699,009.25 | 757,310.00 | |
| | | | **Subtotal** | | **1,123,960.31** | **1,065,659.56** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,123,960.31** | **$1,065,659.56** | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-33795 | |
| **Case Name:** | 2650 NORTH HALSTED LLC | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******81-66 - Checking Account |

| | |
|---|---|
| **Taxpayer ID #:** | **-***4920 |
| **Period Ending:** | 03/20/13 |

| | |
|---|---|
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/11 | | From Account #9200******8165 | Transfer funds to checking account | 9999-000 | 3,500.00 | | 3,500.00 |
| 03/07/11 | 101 | Wernick Key & Lock Service | Deposit for locksmith at 2650 N. Halsted building | 2420-000 | | 705.25 | 2,794.75 |
| 03/11/11 | 102 | Wernick Key & Lock Service | Balance for locksmith repairs at 2650 N. Halsted building | 2420-000 | | 705.25 | 2,089.50 |
| 03/11/11 | 103 | ComEd | Electric bill for building for 01/14/2011 to 02/15/2011<br> Account #0743130047 | 2420-000 | | 34.51 | 2,054.99 |
| 03/31/11 | | From Account #9200******8165 | Transfer funds to checking account | 9999-000 | 11,000.00 | | 13,054.99 |
| 03/31/11 | | From Account #9200******8165 | Transfer funds to checking account | 9999-000 | 5,000.00 | | 18,054.99 |
| 03/31/11 | 104 | Cook County Treasurer | 2010 - First installment - 2650 N. Halsted, Chicago, IL 60614, PIN #14-29-407-112-0000 PH: 312-641-6777; ecrane@craneheyman.com | 2820-000 | | 10,890.48 | 7,164.51 |
| 03/31/11 | 105 | Waveland Partners LLC | Payment of management fees for 1st month, 2650 N. Halsted | 3991-460 | | 2,500.00 | 4,664.51 |
| 03/31/11 | 106 | Waveland Partners LLC | Management Company monthly fee period of Feb. 15, 2011 to March 15, 2011 | 2690-460 | | 1,500.00 | 3,164.51 |
| 03/31/11 | 107 | Waveland Partners LLC | Management Company expenses 02-15-2011 to 03-15-2011 (on-site mgmt fee) | 2690-470 | | 1,148.75 | 2,015.76 |
| 04/20/11 | | From Account #9200******8165 | Transfer funds to checking account | 9999-000 | 2,500.00 | | 4,515.76 |
| 04/20/11 | 108 | Waveland Partners LLC | Management Company monthly fee period of March 15, 2011 to April 15, 2011 | 2690-460 | | 2,500.00 | 2,015.76 |
| 05/10/11 | 109 | Jones & Cleary Roofing Co., Inc. | Roof repair at 2650 N. Halsted | 2420-000 | | 950.00 | 1,065.76 |
| 05/17/11 | | From Account #9200******8165 | Transfer funds to checking account | 9999-000 | 2,500.00 | | 3,565.76 |
| 05/17/11 | 110 | Waveland Partners LLC | Management fees for April 15 - May 15, 2011 2650 N. Halsted | 2420-000 | | 2,500.00 | 1,065.76 |
| 05/24/11 | 111 | ComEd | Electric bill for 2650 N. Halsted Chicago; Account #0743130065 | 2420-000 | | 29.16 | 1,036.60 |
| 05/27/11 | 112 | Maria's Cleaning and Construction | Initial cleaning and supplies at 2650 N. Halsted<br><br>Invoice #1010 | 2420-000 | | 905.04 | 131.56 |
| 05/31/11 | | From Account #9200******8165 | Transfer funds to Checking Account | 9999-000 | 2,000.00 | | 2,131.56 |
| 05/31/11 | 113 | Chicago's Real Estate Agency | Broker's commission on unit #4 | 3510-000 | | 1,975.00 | 156.56 |
| 06/09/11 | | From Account #9200******8165 | Transfer Funds to Checking Account | 9999-000 | 2,550.00 | | 2,706.56 |
| 06/09/11 | 114 | Chicago's Real Estate Agency | Leasing Agent Commission for Unit #2, 2650 N. Halsted | 3510-000 | | 2,000.00 | 706.56 |
| 06/09/11 | 115 | Chicago's Real Estate Agency | Supplies for unit #2 - keys for unit | 2420-000 | | 8.17 | 698.39 |

| | | Subtotals : | $29,050.00 | $28,351.61 |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 03/20/2013 12:29 PM    V.13.11

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-33795 | |
| **Case Name:** 2650 NORTH HALSTED LLC | |
| | |
| **Taxpayer ID #:** **-***4920 | |
| **Period Ending:** 03/20/13 | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******81-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/11 | 116 | W.R. Construction | Plumbing service - repair toilets unit #2 2650 N. Halsted, Chicago, IL | 2420-000 | | 200.00 | 498.39 |
| 06/10/11 | 117 | Maria's Cleaning and Construction | Maintenance of building (lightbulbs etc.) and supplies | 2420-000 | | 286.68 | 211.71 |
| 06/15/11 | | From Account #9200******8165 | Transfer Funds to Checking | 9999-000 | 2,500.00 | | 2,711.71 |
| 06/16/11 | 118 | Waveland Partners LLC | Management fees for May 15 - June 15, 2011 2650 N. Halsted | 3991-460 | | 2,500.00 | 211.71 |
| 06/23/11 | | From Account #9200******8165 | Transfer funds to checking account | 9999-000 | 1,500.00 | | 1,711.71 |
| 06/23/11 | 119 | Wernick Key & Lock Service | Keys and locks installed at 2650 N. Halsted building | 2420-000 | | 128.45 | 1,583.26 |
| 06/23/11 | 120 | W.R. Construction | Drywall repair/painting unit #4 and plumbing service unit 3 2650 N. Halsted, Chicago Invoice #362 | 2420-000 | | 972.50 | 610.76 |
| 06/23/11 | 121 | ComEd | Electric bill for 2650 N. Halsted Chicago; Account #0743130065 | 2420-000 | | 38.64 | 572.12 |
| 07/07/11 | | From Account #9200******8165 | Transfer funds to checking account | 9999-000 | 6,000.00 | | 6,572.12 |
| 07/07/11 | 122 | JMB Insurance | Insurance for 2650 N. Halsted 04/14/2011 to 04/14/2012 Policy # 434586 | 2420-750 | | 5,183.00 | 1,389.12 |
| 07/07/11 | 123 | JMB Insurance | Umbrella Policy 2650 N. Halsted & 1513 N. Milwaukee Policy # UEP1620 | 2420-750 | | 463.50 | 925.62 |
| 07/19/11 | | From Account #9200******8165 | Transfer Funds to Checking Account | 9999-000 | 2,500.00 | | 3,425.62 |
| 07/19/11 | 124 | Waveland Partners LLC | Payment of management fees for period June 15, 2011 through July 15, 2011, 2650 N. Halsted | 3991-460 | | 2,500.00 | 925.62 |
| 07/26/11 | 125 | ComEd | ComEd Bill Account number 0743130065 | 2420-000 | | 67.94 | 857.68 |
| 07/27/11 | 126 | Deadline Express | Delivery to JMB Insurance on 07/08/2011 | 2990-000 | | 15.00 | 842.68 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.19 | 838.49 |
| 08/25/11 | 127 | Maria's Cleaning and Construction | Water heater repair at 2650 N. Halsted property Invoice #1025 | 2420-000 | | 713.77 | 124.72 |
| 08/29/11 | 128 | ComEd | ComEd Bill for 2650 N. Halsted, Account number 0743130065 | 2420-000 | | 50.37 | 74.35 |
| 09/22/11 | | From Account #9200******8165 | Transfer funds to checking account | 9999-000 | 1,295.00 | | 1,369.35 |
| 09/22/11 | 129 | Maria's Cleaning and Construction | Cleaning June 2011at 2650 N. Halsted Invoice #1013 | 2420-000 | | 350.00 | 1,019.35 |
| 09/22/11 | 130 | Maria's Cleaning and Construction | Cleaning July 2011at 2650 N. Halsted | 2420-000 | | 400.00 | 619.35 |

| | | | Subtotals : | | $13,795.00 | $13,874.04 | |

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-33795 | |
| Case Name: | 2650 NORTH HALSTED LLC | |
| | | |
| Taxpayer ID #: | **-***4920 | |
| Period Ending: | 03/20/13 | |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****81-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Invoice #1030 | | | | |
| 09/22/11 | 131 | Maria's Cleaning and Construction | Cleaning August 2011at 2650 N. Halsted<br>Invoice #1031 | 2420-000 | | 350.00 | 269.35 |
| 09/22/11 | 132 | Wernick Key & Lock Service | Locks repaired at 2650 N. Halsted building;<br>Invoice no. 56865 | 2420-000 | | 150.00 | 119.35 |
| 09/22/11 | 133 | ComEd | ComEd Bill for 2650 N. Halsted, Account<br>number 0743130065 | 2420-000 | | 45.67 | 73.68 |
| 10/21/11 | | From Account #9200*****8165 | Transfer funds to checking account | 9999-000 | 2,500.00 | | 2,573.68 |
| 10/21/11 | 134 | Waveland Partners LLC | Payment of management fees for period<br>September 15, 2011 through October 15,<br>2011, 2650 N. Halsted | 3991-460 | | 2,500.00 | 73.68 |
| 10/21/11 | 135 | ComEd | Electric bill for 2650 N. Halsted Chicago;<br>Account #0743130065 | 2420-000 | | 42.83 | 30.85 |
| 11/11/11 | | From Account #9200*****8165 | Transfer money from money market | 9999-000 | 200.00 | | 230.85 |
| 11/11/11 | 136 | Wernick Key & Lock Service | Lever handle repaired at 2650 N. Halsted<br>building; Invoice no. 56743 | 2420-000 | | 135.00 | 95.85 |
| 11/16/11 | | From Account #9200*****8165 | Transfer funds from money market | 9999-000 | 3,500.00 | | 3,595.85 |
| 11/16/11 | 137 | Waveland Partners LLC | Management fees for Oct. 15 - Nov. 15, 2011<br>2650 N. Halsted | 3991-460 | | 2,500.00 | 1,095.85 |
| 11/22/11 | 138 | Maria's Cleaning and Construction | Cleaning and removal of items unit #3 2650 N.<br>Halsted | 2420-000 | | 825.00 | 270.85 |
| 11/22/11 | 139 | Wernick Key & Lock Service | New locks and keys at 2650 N. Halsted<br>building; Invoice no. 57555 | 2420-000 | | 171.28 | 99.57 |
| 11/22/11 | 140 | ComEd | ComEd Bill for 2650 N. Halsted, Account<br>number 0743130065 | 2420-000 | | 43.78 | 55.79 |
| 12/08/11 | | From Account #9200*****8165 | Transfer funds to pay closing costs | 9999-000 | 200.00 | | 255.79 |
| 12/08/11 | 141 | City of Chicago | Water Certification for Closing on 2650 N.<br>Halsted<br>PIN 14-29-407-112-0000<br>Voided on 12/13/11 | 2500-003 | | 25.00 | 230.79 |
| 12/08/11 | 142 | City of Chicago Department of<br>Revenue | Cert of Zoning Compliance for 2650 N. Halsted<br>Chicago, IL<br>PIN 14-29-407-112-0000 | 2500-000 | | 90.00 | 140.79 |
| 12/13/11 | 141 | City of Chicago | Water Certification for Closing on 2650 N.<br>Halsted<br>PIN 14-29-407-112-0000<br>Voided: check issued on 12/08/11 | 2500-003 | | -25.00 | 165.79 |
| 12/16/11 | | From Account #9200*****8165 | Transfer funds to checking account | 9999-000 | 3,500.00 | | 3,665.79 |
| 12/16/11 | 143 | Waveland Partners LLC | Management fees for Nov. 15 - Dec. 15, 2011 | 3991-460 | | 2,500.00 | 1,165.79 |
| | | | Subtotals: | | $9,900.00 | $9,353.56 | |

{} Asset reference(s)

Printed: 03/20/2013 12:29 PM    V.13.11

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

Case Number:   10-33795
Case Name:   2650 NORTH HALSTED LLC

Trustee:   EUGENE CRANE (330350)
Bank Name:   The Bank of New York Mellon
Account:   9200-******81-66 - Checking Account

Taxpayer ID #:   **-***4920
Period Ending:   03/20/13

Blanket Bond:   $5,000,000.00   (per case limit)
Separate Bond:   N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | for 2650 N. Halsted, Chicago, IL | | | | |
| 12/20/11 | 144 | ComEd | ComEd Bill for 2650 N. Halsted, Account number 0743130065 | 2420-000 | | 47.82 | 1,117.97 |
| 12/20/11 | 145 | Peoples Gas | Deposit Installment for 2650 N. Halsted Ave., Chicago, IL  4 5000 6286 0313 | 2420-000 | | 82.00 | 1,035.97 |
| 12/28/11 | | To Account #9200******8168 | Transfer funds for interest on security deposits | 9999-000 | | 0.64 | 1,035.33 |
| 12/29/11 | | From Account #9200******8165 | Transfer Funds to Checking to pay bills | 9999-000 | 3,365.00 | | 4,400.33 |
| 12/29/11 | 146 | Waveland Partners LLC | Management fees for Dec. 15 - Dec. 28, 2011 for 2650 N. Halsted, Chicago, IL | 3991-460 | | 2,500.00 | 1,900.33 |
| 12/29/11 | 147 | Maria's Cleaning and Construction | Cleaning of common areas 11/9 & 11/26; 2650 N. Halsted  Inv#1038 | 2420-000 | | 350.00 | 1,550.33 |
| 12/29/11 | 148 | Maria's Cleaning and Construction | Plumbing service call unit #4; 2650 N. Halsted  Inv#1039 | 2420-000 | | 260.00 | 1,290.33 |
| 12/29/11 | 149 | Maria's Cleaning and Construction | Reimbursement M&R Electronic; 2650 N. Halsted  Inv#1040 | 2420-000 | | 189.00 | 1,101.33 |
| 12/29/11 | 150 | Maria's Cleaning and Construction | Repairs in Unit #3; 2650 N. Halsted  Inv#1042 | 2420-000 | | 707.81 | 393.52 |
| 12/29/11 | 151 | Maria's Cleaning and Construction | Cleaning of common areas 12/7 & 12/9; small supplies; 2650 N. Halsted  Inv#1043 | 2420-000 | | 358.50 | 35.02 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10.02 |
| 01/05/12 | | From Account #9200******8165 | Transfer funds to pay remaining vendor bills | 9999-000 | 200.00 | | 210.02 |
| 01/05/12 | 152 | ComEd | Final ComEd Bill for 2650 N. Halsted, Account number 0743130065 | 2420-000 | | 18.80 | 191.22 |
| 02/28/12 | | From Account #9200******8165 | Transfer funds to checking account | 9999-000 | 1,000.00 | | 1,191.22 |
| 02/28/12 | 153 | A&M Service Co., Inc. | Settlement Payment | 7100-000 | | 700.00 | 491.22 |
| 04/12/12 | | To Account #9200******8165 | Transfer funds to close case | 9999-000 | | 491.22 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 57,310.00 | 57,310.00 | $0.00 |
| Less: Bank Transfers | 57,310.00 | 491.86 | |
| Subtotal | 0.00 | 56,818.14 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $56,818.14 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-33795 | |
| **Case Name:** | 2650 NORTH HALSTED LLC | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****81-67 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| | |
|---|---|
| **Taxpayer ID #:** | **-***4920 |
| **Period Ending:** | 03/20/13 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/11 | {4} | Javier Morales | Security Deposit for Unit #2 2650 N. Halsted | 1280-000 | 500.00 | | 500.00 |
| 04/29/11 | {4} | Jason Warren | Security Deposit 2650 N. Halsted #4 | 1280-000 | 800.00 | | 1,300.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,300.01 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,300.02 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,300.03 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.05 | 1,297.98 |
| 08/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.05 | 1,300.03 |
| 08/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 1,300.03 |
| 08/10/11 | | To Account #9200******8168 | Transfer to DDA 92004043298168 | 9999-000 | | 1,300.03 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,300.03 | 1,300.03 | $0.00 |
| Less: Bank Transfers | | 0.00 | 1,300.03 | |
| **Subtotal** | | 1,300.03 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,300.03** | **$0.00** | |

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-33795 |
| **Case Name:** | 2650 NORTH HALSTED LLC |
| **Taxpayer ID #:** | **-***4920 |
| **Period Ending:** | 03/20/13 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******81-68 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/11 | | From Account #9200******8167 | Transfer to DDA 9200404329168 | 9999-000 | 1,300.03 | | 1,300.03 |
| 12/01/11 | {4} | Gregory Adams | Security Deposit for 2650 N. Halsted Unit 3 | 1280-000 | 800.00 | | 2,100.03 |
| 12/28/11 | | From Account #9200******8166 | Transfer funds for interest on security deposits | 9999-000 | 0.64 | | 2,100.67 |
| 12/28/11 | 101 | Harala XIV-Halsted, LLC | Security deposits plus interest for unit 2, unit 3, unit 4, 2650 N. Halsted Ave. | | -2,100.67 | | 0.00 |
| | {4} | | Check cut for security deposits                    -2,100.00 | 1280-000 | | | 0.00 |
| | | | Interest paid on security deposits                    -0.67 | 2500-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | 1,300.67 | 0.00 | |
| **Subtotal** | **-1,300.67** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$-1,300.67** | **$0.00** | |

Exhibit 9

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-33795 |
| Case Name: | 2650 NORTH HALSTED LLC |
| | |
| Taxpayer ID #: | **-***4920 |
| Period Ending: | 03/20/13 |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******81-69 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/12 | | From Account #9200******8165 | Transfer Funds | 9999-000 | 700,000.00 | | 700,000.00 |
| 02/29/12 | Int | The Bank of New York Mellon | Interest posting at  0.0000% | 1270-000 | 0.16 | | 700,000.16 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.81 | 699,952.35 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,434.32 | 698,518.03 |
| 04/12/12 | | To Account #9200******8165 | Transfer funds to close case | 9999-000 | | 698,518.03 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 700,000.16 | 700,000.16 | $0.00 |
| | Less: Bank Transfers | | 700,000.00 | 698,518.03 | |
| | Subtotal | | 0.16 | 1,482.13 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.16 | $1,482.13 | |

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| Case Number: | 10-33795 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | 2650 NORTH HALSTED LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******81-70 - Checking Account |
| Taxpayer ID #: | **-***4920 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/20/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/12 | | JMB Insurance | Refund of insurance premium (pro-rata) | 2420-000 | | -1,490.00 | 1,490.00 |
| 08/29/12 | 1001 | Wheaton Bank & Trust Company | Final payment to Wheaton Bank for Secured Claim POC #3 | 4110-000 | | 1,490.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

| Net Receipts : | 1,123,959.83 |
|---|---|
| Plus Gross Adjustments : | 93,622.22 |
| Net Estate : | $1,217,582.05 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******81-65 | 1,123,960.31 | 1,065,659.56 | 0.00 |
| Checking # 9200-******81-66 | 0.00 | 56,818.14 | 0.00 |
| MMA # 9200-******81-67 | 1,300.03 | 0.00 | 0.00 |
| Checking # 9200-******81-68 | -1,300.67 | 0.00 | 0.00 |
| Checking # 9200-******81-69 | 0.16 | 1,482.13 | 0.00 |
| Checking # 9200-******81-70 | 0.00 | 0.00 | 0.00 |
| | $1,123,959.83 | $1,123,959.83 | $0.00 |